IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION



MICHAEL HAMBRICK                                CIVIL ACTION: 5:08cv226

PLAINTIFF

JUDGE: DCB

VERSUS

ANDERSON-TULLY WORLDWIDE                        MAGISTRATE: JMR

DEFENDANT

## ORDER

The Court, having considered the plaintiff's Motion to dismiss and to non-suit **ANDERSON-TULLY WORLDWIDE** as a defendant, but reserving all claims and causes action against defendant **ANDERSON-TULLY TIMBER COMPANY**,

**IT IS ORDERED** that the Motion is GRANTED, and **ANDERSON-TULLY WORLDWIDE** is hereby dismissed as a defendant, without prejudice, and the plaintiff reserving all rights and/or causes of action and claims against defendant **ANDERSON-TULLY TIMBER COMPANY**.

So Ordered this _12th_ day of January, 2009.

JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION